**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-02125-REB-KLM

MOBILE BARRIERS LLC, a State of Colorado limited liability corporation, by its
Chairman and CEO Kevin Groeneweg, on behalf of the United States of America,

       Plaintiff/Relator,

v.

JOHN A. GAMBATESE, individually, and in his individual and official capacity,
NICHOLAS TYMVIOS, individually, and in his individual and official capacity,
OREGON STATE UNIVERSITY, a leading public research university in the State of
Oregon,
JOHN DOES 1-20, and
XYZ COMPANIES 1-20, whose true names and business entity and/or agency forms
unknown, inclusive,

       Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

       The matter is before me on the plaintiff/relator's **Motion for Voluntary Dismissal**

**Without Prejudice Pursuant to U.S.C. § 3730(b)(1) and F.R.C.P. 41(a)(1)(A)(i)** [15],[1]

filed April 28, 2015.  After careful review of the motion and the file, I conclude that the

motion should be granted and that this action should be dismissed without prejudice.

       **THEREFORE, IT IS ORDERED** as follows:

       1.  That the **Motion for Voluntary Dismissal Without Prejudice Pursuant to**

**U.S.C. § 3730(b)(1) and F.R.C.P. 41(a)(1)(A)(i)** [#15], filed April 28, 2015, is granted;

and

---

     [1]  "[#15]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this
convention throughout this order.

2.  That this action is dismissed without prejudice, with the parties to pay their own attorney fees and costs.

Dated April 29, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge