**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02125-REB-KLM

MOBILE BARRIERS, LLC, a State of Colorado limited liability corporation, by its Chairman and CEO
KEVIN GROENEWEG, on behalf of the
UNITED STATES OF AMERICA,

      Plaintiff/Relators,

v.

JOHN S. GEMBATESE, in his individual and official capacities,
NICHOLAS TYMVIOS, in his individual and official capacities,
OREGON STATE UNIVERSITY, a leading public research university in the State of Oregon,
JOHN DOES 1-20, who true names are unknown, and
XYZ COMPANIES 1-20, whose true names and business entity and/or agency forms are unknown,

      Defendants.

---

**ORDER**

---

**Blackburn, J.**

The matter is before me on **The United States' Motion To Unrestrict Case But Maintain Level 2 Restriction of Certain Pleadings** [#18],[1] filed April 30, 2015. The United States has declined to intervene in this False Claims Act action pursuant to 31 U.S.C. § 3730(b)(4)(B). After careful review of the motion and the file, the court concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1.  That **The United States' Motion To Unrestrict Case But Maintain Level 2 Restriction of Certain Pleadings** [#18], filed April 30, 2015, is granted;

2.  That the clerk of the court is directed to unrestrict this case;

3.  That restricted documents docketed as [#8], filed October 20, 2014, and [#12], filed April 16, 2015, shall be maintained at level 2 restriction; and

4.  That the **Qui Tam Complaint Under the False Claims Act ("FCA"), and Complaint for Fraud, Violations of Colorado Government Immunity Act ("GIA"), and Injunctive Relief** [#1], filed July 31, 2014; **The United States' Consent to Voluntary Dismissal without Prejudice** [#17], filed April 30, 2015; **The United States' Motion To Unrestrict Case But Maintain Level 2 Restriction of Certain Pleadings** [#18], filed April 30, 2015; and this order shall be unrestricted and publicly accessible.

Dated May 8, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge